United States District Court
Southern District of Texas

**ENTERED**
April 02, 2019
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOSHUA DAUZART | § § | |
| VS. | § § | Civil Action no. 4:18-cv-3163 (Jury Demanded) |
| EL RECODO ENTERPRISES, LLC AND CARLOS IVAN JARAMILLO ZAMORA | § § § § | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWERS

On this day came before the Court, Defendants El Recodo Enterprises, LLC and Carlos Ivan Jaramillo Zamora's Motion for Leave to file Amended Answers. The Court having reviewed the Motion, and the motion being unopposed by all parties is of the opinion that said Motion is meritorious and should be hereby and in all things GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the Motion for Leave to file Amended Answers is in all things GRANTED and that the following Amended Answers, attached to Defendants' Motion as Exhibit A, are hereby filed:

1. Defendant Carlos Ivan Jaramillo Zamora's Amended Answer to Plaintiff Joshua Dauzart's Original Complaint

2. Defendant El Recodo Enterprises, LLC's Amended Answer to Plaintiff Joshua Dauzart's Original Complaint

3. Defendant Carlos Ivan Jamillo Zamora's Amended Answer to Intervenor's Original Complaint in Intervention

4. Defendant El Recodo Enterprises, LLC's Amended Answer to Intervenor's Original Complaint in Intervention

5. Defendant Carlos Ivan Jaramillo Zamora's Amended Answer to Intervenor Granite State Insurance Company's Amended Complaint in Intervention

6. Defendant El Recodo Enterprises, LLC's Amended Answer to Intervenor Granite State Insurance Company's Amended Complaint in Intervention

SIGNED this _2nd_ day of _April_, 2019.

_____
**HONORABLE JUDGE CHRISTINA A. BRYAN**